No. 01-9916. EDWARDS v. FLORIDA. Dist. Ct. App. Fla., 2d Dist. Certiorari denied.

No. 01-9922. PRICE v. CRESTAR SECURITIES CORP. ET AL. C. A. D. C. Cir. Certiorari denied.

No. 01-9923. JAMES v. GREINER, SUPERINTENDENT, GREEN HAVEN CORRECTIONAL FACILITY. C. A. 2d Cir. Certiorari denied.

No. 01-9931. SPAULDING v. BRILEY, WARDEN. C. A. 7th Cir. Certiorari denied.

No. 01-9932. LOONEY v. FLORIDA. Sup. Ct. Fla. Certiorari denied.

No. 01-9933. BLANCO LERMA v. ARIZONA. Ct. App. Ariz. Certiorari denied.

No. 01-9934. MASSEY v. MOORE, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 11th Cir. Certiorari denied.

No. 01-9935. MOORE v. TEXAS. Ct. Crim. App. Tex. Certiorari denied.

No. 01-9936. SWITZER v. SMITH ET AL. Sup. Ct. Va. Certiorari denied.

No. 01-9937. JONES v. BASKERVILLE, WARDEN. C. A. 4th Cir. Certiorari denied.

No. 01-9938. JUMP v. GIBSON, WARDEN. C. A. 10th Cir. Certiorari denied.

No. 01-9942. BEASLEY v. STEWART, WARDEN, ET AL. C. A. 9th Cir. Certiorari denied.

No. 01-9943. ADDLEMAN v. PAYNE, SUPERINTENDENT, MCNEIL ISLAND CORRECTIONS CENTER. Ct. App. Wash. Certiorari denied.

No. 01-9944. WEINSTEIN v. GRABELLE ET AL. C. A. 3d Cir. Certiorari denied.

No. 01-9948. COFFMAN v. JONES, WARDEN, ET AL. C. A. 11th Cir. Certiorari denied.